UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS THEWS,

    Plaintiff,

v.                                                          CASE NO: 8:11-cv-1829-T-26MAP

WAL-MART STORES, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Stay Ruling on Defendant's Amended Proposed Bill of Costs (Dkt. 92) is denied for failure to comply with the conferral requirements of Local Rule 3.01(g). However, consistent with the Court's earlier order entered April 4, 2013, at docket 87, deferring ruling on Defendant's Amended Motion for Attorney Fees, the Court, in the interest of preserving client and judicial resources, will likewise defer ruling on Defendant's Amended Proposed Bill of Costs. In the event the Eleventh Circuit Court of Appeals affirms this Court's judgment as a matter of law in favor of Defendant, Plaintiff shall file a response to Defendant's Amended Proposed Bill of Costs within fourteen (14) days of the issuance of the mandate.

**DONE AND ORDERED** at Tampa, Florida, on April 9, 2013.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record